**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2315**

_____

CHONG SU YI,

Plaintiff – Appellant,

v.

FOX VALLEY MOTORS; LOTUS OF AMERICA; DEPARTMENT OF MOTOR
VEHICLES, of Maryland; SECRETARY OF STATE, Department of
Motor Vehicles of Illinois; NATIONAL DRIVER REGISTRY, NHTSA
(National Highway Traffic Safety Administration); STATE OF
ILLINOIS; STATE OF MARYLAND,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Paul  W.  Grimm,  District  Judge.
(8:13-cv-01064-PWG)

_____

Submitted: March 27, 2014          Decided: March 31, 2014

_____

Before MOTZ, Circuit Judge,  and HAMILTON  and DAVIS, Senior
Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Chong Su Yi, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's order dismissing his civil complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Yi v. Fox Valley Motors, No. 8:13-cv-01064-PWG (D. Md. Aug. 20, 2013). We deny Yi's motion to amend the caption. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED